United States District Court
Southern District of Texas

**ENTERED**

September 05, 2024

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **MARCO A. CANTU,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:24-CV-00057** |
| | § | |
| | § | |
| **401 SYCAMORE, LLC; IDALIA PLATA;** | § | |
| **THORNTON, BIECHLIN, REYNOLDS,** | § | |
| **& GUERRA; RAFAEL GARCIA, JR.;** | § | |
| **DAVID LUMBER; MICHELLE CRANE;** | § | |
| **RANDY CRANE; CARLOS GUERRA;** | § | |
| **AND MICHAEL MOORE,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

In accordance with the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed by the Court on this date, the Court finds that this case is **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT.**

Signed on September 5, 2024.

_____
**DREW B. TIPTON
UNITED STATES DISTRICT JUDGE**